# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GUADALUPE ROJAS-DE BARRON (2)<br><br>        Defendant. | Case No. 16CR1445-CAB<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

✓ the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

✓ of the offense as charged in the Information:

 8:1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i) - Transportation of Certain Aliens for Financial Gain and Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 7/7/2016

FILED
JUL 0 7 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Hon. Mitchell D. Dembin
United States Magistrate Judge